IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DANIEL B. LOSHBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-6281-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Kathryn Tassinari
Cram Harder Wells & Baron P.C.
474 Willamette, Suite 200
Eugene, Oregon 97401

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - ORDER

Craig J. Casey
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Lucille G. Meis
Richard Rodriguez
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on July 6, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error. I note a typographical error in section I, subsection C. The underlined word corrects the omission: "While the ALJ may be correct in noting that Loshbaugh's pain is greater than what might be expected, this observation alone does not rise to the level of clear and convincing evidence."

Accordingly, with the correction noted above, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#14).

IT IS HEREBY ORDERED that the decision of the Commissioner is reversed and remanded for payment of benefits.

Dated this   5th   day of August, 2005.

      /s/ Garr M. King
      Garr M. King
      United States District Judge